# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
DEC 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Joseph Philpot #169602

(Full name of the Plaintiff(s) in this action)

v.

Officer Farmer

CIVIL ACTION NO. 4:22CV-173-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. **PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Joseph Philpot #169602

Place of Confinement: RCC

Address: Box 69, LaGrange, Ky 40031

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Officer Farmer__ is employed as __Corrections Officer__ at __Daviess Co. Det. Cntr.__
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __Sgt. Hicks__ is employed as __Corrections Officer__ at __Daviess Co. Det. Cntr.__
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __John & Jane Doe's__ is employed as __Corrections Employees__ at __Daviess Co. Det Cntr.__
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _____ is employed
as _____ at _____.
The Defendant is being sued in his/her (✓) individual and/or ( __ ) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

II.  **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 12/24/21 I was threatened with bodily harm by Officer Farmer including being tazed. I filed a Grievance over this issue and as a result Officer Farmer and Sgt. Hicks began harrassing me. As a result of the threats and intimidation I began having panic attacks. Despite requesting help to either transfer me to another facility or isolate me where Officer Farmer could no longer threaten or harrass me, for medication to quell the panic attacks Daviess Co. Det. Cntr. Security Administrative and Medical Staff refused to help me. I also wrote the Ky Dept. of Corrections and asked for help and they refused to help. I believe my 8th Amendment U.S. Constitution, 1st Amendment U.S. Constitution to be free from cruel and unusual and also to

### III. STATEMENT OF CLAIM(S) continued

BE FREE FROM RETALIATION FOR FILING GRIEVANCES HAVE BEEN VIOLATED. I ALSO BELIEVE MY 8th AND 14th AMENDMENTS U.S. CONSTITUTION RIGHTS WERE VIOLATED BY THE DENIAL OF MEDICAL CARE AND A TRANSFER TO ANOTHER FACILITY WHERE I COULD BE SAFE AND RECIEVE TREATMENT.

I CONTINUE TO FEAR FOR MY SAFETY.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ JURY TO DETERMINE OVER $2,500.00

✓ grant injunctive relief by PROHIBITING FUTURE CONDUCT

✓ award punitive damages in the amount of $ JURY TO DETERMINE OVER $2,500.00

✓ other: WHATEVER JURY FEELS IS APPROPRIATE

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 21st day of December, 2022

X Joseph Philpot
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on December 21st, 2022

X Joseph Philpot
(Signature)

6

Joseph Philpot #169607
RCC Box 69
LaGrange, Ky 40031

Prison Mail Uncensored

DEC 22 2022

R.C.C. Not Responsible

USDC
WD KY at Owensboro
Federal Bldg. Rm 126
423 Frederica St.
Owensboro, Ky 42301

